UNITED STATES OF AMERICA

CASE#  08 CR 387( SCR )

Vs

**ORDER OF TIME SERVED**

Christopher Ashley

------------------------------------------------------------

It is hereby ordered that  Christopher Ashley , the defendant, was hereby sentenced

to time served on May 20, 2008, on the V.O.S.R.  08 CR 387(SCR).

So Ordered: _____   5/20/08
U.S. District Judge                                    Date

USDC SDNY
DOCUMENT
ELECTR...
DOC
DAT...